

FILED
GREAT FALLS DIV
2009 SEP 22 PM 4 49
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ROB ROBERSON,<br><br>      Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA,<br><br>      Defendant. | No. CV 09-58-GF-SEH<br><br>**ORDER** |

On August 31, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 7.

Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Complaint[2] and Amended Complaint and supplement[3] are DISMISSED for lack of jurisdiction.

2. The Clerk of Court is directed to enter a judgment of dismissal.

3. A certificate of appealability is DENIED. Any appeal would be taken in bad faith as jurisdiction has not been established.

DATED this 22nd day of September, 2009.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.

[3] Docket No. 4.